# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**Case No.:** CV 03-1030-PA  **Date of Proceeding:** 9/25/03

**Case Title:** Maya Kol v. Darrell Smith, et al.

**Presiding Judge:** Owen M. Panner  **Courtroom Deputy:** Margaret Hunt

**Reporter:** None  **Tape No:**

**DOCKET ENTRY:**

Record of Order granting petitioner's motion for voluntary dismissal of petition for writ of habeas corpus under 28 U.S.C. § 2003 (#7).

**PLAINTIFF'S COUNSEL**  **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc:  { } All counsel  **CIVIL MINUTES**

*Civil Minutes*  *Honorable Owen M. Panner*